DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW WOLTERS,**
Appellant,

v.

**CITIMORTGAGE, INC.,**
Appellee.

No. 4D18-2897

[November 13, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Florence T. Barner, Judge; L.T. Case No. 15-6958 CACE (11).

Samantha Neides of Loan Lawyers, LLC, Fort Lauderdale, for appellant.

Donald A. Mihokovich of Adams and Reese LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***